UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD - SOUTHERN DIVISION

| | |
|---|---|
| **TRACIE PATTON,** Individually and as a Representative of a Class of Participants and Beneficiaries on Behalf of the O'Reilly Automotive Profit Sharing and Savings Plan<br><br>**Plaintiffs,**<br><br>v.<br><br>**O'REILLY AUTOMOTIVE, INC., O'REILLY AUTOMOTIVE PROFIT SHARING AND SAVINGS PLAN, O'REILLY AUTOMOTIVE 401(K) PLAN INVESTMENT COMMITTEE, and DOES 1-10 INCLUSIVE,**<br><br>**Defendants.** | Case No. 26-cv-03015-DPR |

## ENTRY OF APPEARANCE

COME NOW Sarah Jane Hunt of Kennedy Hunt P.C. and enters her appearance on behalf of the above-named Plaintiffs.

Respectfully submitted by:

*/s/ Sarah Jane Hunt*
Sarah Jane Hunt, #63899
Kennedy Hunt P.C.
4500 West Pine Blvd.
St. Louis, MO 63108
314-880-4463
sarahjane@kennedyhuntlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed with the court via it's electronic filing system on January 15, 2026.

*/s/ Sarah Jane Hunt*
Sarah Jane Hunt