**Attachment A**

| Courts Admitted | Admission Date |
|---|---|
| U.S. District Court for the Northern District of Georgia | 6/2010 |
| U.S. District Court for the Middle District of Georgia | 4/2011 |
| U.S. District Court for the Southern District of Georgia | 6/2013 |
| U.S. District Court for the Northern District of Florida | 5/25/2018 |
| U.S. District Court for the Middle District of Florida | 6/13/2018 |
| U.S. District Court for the Southern District of Florida | 6/1/2018 |
| U.S. Court of Appeals for the Second Circuit | 8/30/2024 |
| U.S. Court of Appeals for the Eleventh Circuit | 3/12/2013 |