**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| TRACIE PATTON, Individually and as a Representative of a Class of Participants and Beneficiaries on Behalf of the O'Reilly Automotive Profit Sharing and Savings Plan, | ) | |
| *Plaintiff*, | ) | Case No. 6:26-03015-CV-S-BP |
| v. | ) | |
| O'REILLY AUTOMOTIVE, INC., O'REILLY AUTOMOTIVE PROFIT SHARING AND SAVINGS PLAN, O'REILLY AUTOMOTIVE 401(K) PLAN INVESTMENT COMMITTEE, and DOES 1-10 INCLUSIVE, | ) | **ORAL ARGUMENT REQUESTED** |
| *Defendants*. | ) | |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants O'Reilly Automotive, Inc., O'Reilly Automotive Profit Sharing and Savings Plan, O'Reilly Automotive 401(K) Plan Investment Committee, and Does 1-10 Inclusive (collectively, "Defendants") hereby move this Court to dismiss Plaintiff Tracie Patton's putative class action complaint (ECF No. 1) with prejudice. The grounds for this motion are set forth in Defendants' Suggestions In Support submitted herewith.

Dated: March 11, 2026

Respectfully submitted,

*/s/ Michael S. Hines*

Charles B. Cowherd Mo. Bar No. 27087
**SPENCER FANE LLP**
2144 E. Republic Road, Suite B300
Springfield, Missouri 65804
Telephone: 417-888-1000
Facsimile: 417-881-8035
ccowherd@spencerfane.com

Michael S. Hines (*pro hac vice*)
Mary E. Grinman (*pro hac vice*)
**SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP**
500 Boylston Street
Boston, Massachusetts 02116
Telephone: 617-573-4800
Facsimile: 617-573-4822
michael.hines@skadden.com
mary.grinman@skadden.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, Southern Division, on this 11th day of March 2026, with notice of the case activity generated and sent electronically to all counsel of record.

Dated: March 11, 2026

*/s/ Michael S. Hines*